IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADA JOANN EMERY, Personal Representative of the Estate of Phillip Wayne Walker;<br><br>            Plaintiff,<br><br>    vs.<br><br>COUNTY OF DAKOTA, a Nebraska Political Subdivision; and DOES 1-5, in their individual and official capacities;<br><br>            Defendants. | 8:15CV3009<br><br>**AMENDED INITIAL PROGRESSION ORDER** |

IT IS ORDERED that the parties' joint motion to extend, (Filing No. 28), is granted. The initial progression order is amended as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is May 26, 2016. Motions to compel Rule 33 through 36 discovery must be filed by May 12, 2016 **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):        February 24, 2016.
    For the defendant(s):    March 28, 2016.

3) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):        March 28, 2016.
    For the defendant(s):    April 26, 2016.

4) The deposition deadline is February 24, 2016.

5) The deadline for filing the qualified immunity motion is May 27, 2016.[1] Further progression will be deferred until after resolution of such motion.

6) The parties shall contact the undersigned's chambers within ten (10) days after a ruling on any dispositive motions to set a status conference to discuss further progression of any remaining issues.

Dated this 7th day of October, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.