```
                              Incident No.:
                                 906766
```

| | |
|---|---|
| Correction Officer: - | Date: 01/17/2013 |
| Supervisor: - | Time: 11:20 |

**Narrative**

I MARJORIE DONAHUE MEDICAL DIRECTOR AT DAKOTA COUNTY CORRECTIONS ARRIVED AT WORK JAN. 17, 2013 AT 0700 BECAUSE THE DR. WAS COMING TO SEE INMATES AT 0715. I READ MY E-MAILS, MADE SURE ALL PAPERWORK WAS READY FOR THE DR. AND GATHERED ANY EQUIPMENT NEEDED. THE DR. ARRIVED BY 0715 AND SAW FIVE INMATES THAT MORNING. HE LEFT THE FACILITY BY 0830. I PASSED MORNING MEDS, UPDATED THE MARS, ANSWERED KITES FROM INMATES AND ORDERED MEDS FROM THE PHARMACY. AT APPROX. 1100AM I WAS GOING INTO BOOKING TO USE THE FAX MACHINE AND LT. KELLY WAS IN BOOKING. SHE TOLD ME WE HAD A CPC IN HOLDING 1. I LOOKED THROUGH THE WINDOW IN PASSING AND SAW MR. WALKER, HIS BACK WAS FACING THE DOOR. HE APPEARED TO BE SITTING ON A MATTRESS AND FACING THE WALL SO ALL I SAW WAS HIS BACK. THIS WAS THE FIRST TIME I'D HEARD ABOUT MR. WALKER BEING IN THE JAIL. LT. KELLY EXPLAINED THAT HE HAD BEEN BROUGHT IN THE NIGHT BEFORE AND WHAT HIS BLOOD ALCOHOL LEVEL HAD BEEN AND THAT THEY HAD RECHECKED IT THIS MORNING AND BECAUSE IT WAS LOW THEY WERE GOING TO GIVE HIM A SHOWER AND RELEASE HIM. I RETURNED TO THE MEDICAL OFFICE ACROSS THE HALL. AT APPROX 1120 I HEARD LT. KELLY YELLING AND I OPENED THE MEDICAL ROOM DOOR AND SAW LT. KELLY HOLDING OPEN THE BOOKING DOOR, SHE SAID MR. WALKER HAD FALLEN. I GRABBED THE B/P CUFF AND HEADED TO HOLDING 1. I SAW A MATTRESS ON THE FLOOR OUTSIDE HOLDING1 WITH VOMIT ON IT AND I SAW MR. WALKER LYING ON HIS BACK JUST INSIDE HOLDING 1 WITH CPL. HEITZMAN ELEVATING HIS HEAD AND THE BACK OF HIS NECK. WHILE I WAS KNEELING DOWN TO ASSESS MR. WALKER I WAS ALSO GETTING INFORMATION FROM CPL. HEITZMAN AND LT. KELLY REGARDING MR. WALKER. THEY TOLD ME HE HAD FALLEN TWICE DURING THE NIGHT. HE HAD A BAND AID ON HIS ELBOW AND I WAS ADVISED THAT HE HAD FALLEN OFF HIS MATTRESS TO THE FLOOR WHILE HE WAS IN DETOX. I ASKED MR. WALKER WHAT HIS NAME WAS, HE TOLD ME, PHILLIP WALKER BUT IT WASN'T A CLEAR ENUNCIATION AND HE DID NOT APPEAR ALERT AND ORIENTATED. I PROCEEDED TO TAKE HIS VITALS, B/P 189/76 PULSE 42. THE B/P CUFF REMAINED ON HIS ARM AND REPEATED HIS B/P SEVERAL TIMES. HIS B/P DID GO DOWN TO 179/82. HIS RESPIRATIONS WERE EASY, NOT LABORED AND NO SHORTNESS OF BREATH NOTED. HIS OXYGEN SATURATION WAS 98% ON ROOM AIR. I DID NOTICE A LARGE BUMP ABOVE HIS LEFT EYE, NO BLEEDING OR OPEN WOUND NOTED. I NOTICED MR. WALKER'S LEFT HAND HAD TO BE HELD IN PLACE BY CPL. HEITZMAN SO I ASKED HIM TO GRIP CPL. HEITZMAN'S HAND WHICH HE WAS UNABLE TO DO. CPL. HEITZMAN AND LT. KELLY WERE ALSO ASKING HIM QUESTIONS. I USED MY PEN LIGHT TO CHECK HIS PUPIL REACTION. HIS RIGHT PUPIL WAS FIXED AND DILATED WHILE HIS LEFT PUPIL WAS EQUAL ROUND AND REACTIVE TO LIGHT. CPL HEITZMAN CHECKED MR. WALKER'S MOTOR FUNCTION BY HAVING MR. WALKER GRIP HIS FINGERS WITH HIS LEFT HAND BUT MR. WALKER WAS UNABLE TO. CPL. HEITZMAN HAD MR. WALKER GRIP WITH HIS RIGHT HAND WHICH HE WAS ABLE TO DO. CPL HEITZMAN ALSO RAN HIS FINGER ON THE BOTTOM OF MR. WALKER'S RIGHT FOOT NOTING A REACTION AS HE PULLED HIS FOOT AWAY. WHEN HE TRIED THE LEFT FOOT THERE WAS NO RESPONSE. AT THIS TIME WE ALL AGREED THAT MR. WALKER NEEDED TO BE TRANSPORTED BY AMBULANCE TO MERCY ER. LT. KELLY MADE THE CALL FOR THE EMS AND I REMAINED AT MR. WALKER'S SIDE UNTIL THE EMS ARRIVED. CPL. HEITZMAN AND LT. KELLY HELPED EMS TRANSFER MR. WALKER ONTO THE GURNEY. CPL. HEITZMAN AND LT. KELLY REMAINED WITH ME, HELPING DURING THE ASSESSMENT AND REASSURING MR. WALKER UNTIL THE EMS ARRIVED.

**Inmates Involved**

```
Approved By -     Jail Opr.Lt.           ? Time:00:00
Approved By -     Jail Administrator     ? Time:00:00
```

**Exhibit A**