IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ADA JOANN EMERY, Personal Representative of the Estate of PHILLIP WAYNE WALKER, Deceased, | ) ) ) ) | Case No. 8:15cv3009 |
|---|---|---|
| Plaintiff, | ) ) ) | JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |
| vs. | ) ) | |
| COUNTY OF DAKOTA, a Nebraska Political Subdivision; and DOES 1-5, in their individual and official capacities, | ) ) ) ) | |
| Defendants. | ) | |

COMES NOW the Plaintiff, Ada Joann Emery, Personal Representative of the Estate of Phillip Wayne Walker, and Defendant, County of Dakota, Nebraska, by and through their attorneys, and hereby each stipulate and agree that this matter may be dismissed by the Court with prejudice. Each party agrees to bear its own costs and attorneys fees incurred in this matter.

Dated this 18th day of March, 2016.

                                  ADA JOANN EMERY, Personal
                                  Representative of the Estate of
                                  PHILLIP WAYNE WALKER,
                                  Deceased, Plaintiff,

BY:   s/Christopher P. Welsh
         Christopher P. Welsh, #22279
         James R. Welsh, #14459
         Welsh and Welsh, P.C., L.L.O.
         9290 West Dodge Road
         204 The Mark
         Omaha, NE 68114

(402) 384-8160
cwelsh@welsh-law.com
Attorneys for Plaintiff

AND

COUNTY OF DAKOTA, NEBRASKA,
Defendant.

BY: s/ Vincent Valentino
    Vincent Valentino, #14288
    Brandy Johnson, #23323
    Nebraska Telephone Building
    130 South 13th Street, Suite 300
    Lincoln, NE 68508
    (402) 742-9240
    vv@windstream.net
    brandy@nrmainc.info
    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of the same to Plaintiff's counsel, Christopher P. Welsh and James R. Welsh, of Welsh and Welsh, P.D., L.L.O., 9290 West Dodge Road, 204 The Mark, Omaha, NE 68114.

BY: s/ Vincent Valentino
    Vincent Valentino, #14288