IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADA JOANN EMERY, Personal Representative of the Estate of Phillip Wayne Walker;<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF DAKOTA, AND a Nebraska Political Subdivision; and DOES 1-5, in their individual and official capacities;<br><br>Defendants. | 8:15CV3009<br><br>**ORDER** |

Pursuant to the parties' stipulation for dismissal of this case, ([filing no. 37](#)),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against the defendant are dismissed with prejudice, each party to pay their own costs and attorney fees incurred in this matter.

Dated this 21st day of March, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge